12848-O

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State of South Carolina, Respondent,
 
 
 

v.
 
 
 
 
 Delvinche Keon Williams, Appellant.
 
 
 

Appeal From York County
  John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2004-UP-458
 Submitted July 7, 2004  Filed August 26, 2004    

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia, for Respondents.
 
 
 

PER CURIAM:  Delvinche Keon Williams pled guilty to possession of marijuana 
 with intent to distribute second offense, failure to stop for a blue light, 
 and driving under suspension.  The trial court sentenced Williams to seven years 
 on the possession charge, to run concurrent with a Youthful Offender Act parole 
 revocation sentence.  Williams also received a concurrent sentence of three 
 years for failure to stop for a blue light and a suspended sentence of thirty 
 days for driving under suspension.  Williams appeals arguing that under the 
 facts of his case, a seven-year prison term for possession of marijuana constitutes 
 cruel and unusual punishment.  Williamss counsel attached to the brief 
 a petition to be relieved as counsel, stating that she had reviewed the record 
 and concluded this appeal lacks merit.  Williams did not file a pro se 
 response.  After a thorough review of the record pursuant to Anders v. California, 
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we dismiss [1] the 
 appeal and grant counsels petition to be relieved.  
APPEAL DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.